UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEVEN D. BAILS, JR.,

       Plaintiff,

File No. 2:09-cv-53

v.

HON. ROBERT HOLMES BELL

MICHIGAN DEPARTMENT
OF CORRECTIONS, et al.,

       Defendants.
                               /

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On January 31, 2011, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Defendants' motion for summary judgment, (Dkt. No. 23), be granted and the case dismissed in its entirety. (Dkt. No. 37.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the January 31, 2011, R&R (Dkt. No. 37) is **APPROVED and ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment, (Dkt. No 23), is **GRANTED**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED** in its entirety.

**IT IS FURTHER CERTIFIED** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this action would not be in good faith.


Dated: February 18, 2011                    /s/ Robert Holmes Bell
                                            ROBERT HOLMES BELL
                                            UNITED STATES DISTRICT JUDGE